1  L. Bryant Jaquez, Esq. (SBN 252125)
   GHIDOTTI | BERGER LLP
2  1920 Old Tustin Ave.
   Santa Ana, CA 92705
3  Ph: (949) 427-2010 ext. 1010
   Fax: (949) 427-2732
4  bjaquez@ghidottiberger.com

5  Attorney for Secured Creditor
   US Bank Trust NA as Trustee of the Lodge Series IV Trust, its successors and/or assignees
6

7                    UNITED STATES BANKRUPTCY COURT

        SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION
8

9  In Re:                                    )  CASE NO.: 19-04336-LA13
                                             )
                                             )  CHAPTER 13
10 CHARLES R. ASHENOFF                       )
                                             )  R.S. No. AT-1
11     Debtor.                               )
                                             )
12                                           )  **Hearing –**
                                             )  Date:   September 02, 2020
                                             )  Time:  10:00 a.m.
13                                           )
                                             )  Honorable Judge Louise DeCarl Adler
14                                           )
                                             )
15 _____ )

16         IT IS HEREBY STIPULATED BY AND BETWEEN Movant, US Bank Trust NA as

17 Trustee of the Lodge Series IV Trust, through its counsel, L. Bryant Jaquez, Esq., of the law firm

18 of Ghidotti Berger, LLP, attorneys of record for Movant, and Debtor, CHARLES R.

19 ASHENOFF, through his counsel, Ahren A. Tiller, Esq., of the law firm of Bankruptcy Law

20 Center, as follows:

21         Debtor shall maintain regular monthly post-petition payments on Movant's first Trust

22 Deed obligation, encumbering the subject Property, generally described as: **1894 Cabernet**

23 **Court, Chula Vista CA 91913** ("Property" herein) and legally described as follows indicated in

24 **Exhibit "A"** attached hereto and incorporated herein in a timely fashion, commencing with the

                    STIPULATION FOR ADEQUATE PROTECTION
                                    1

1   August 1, 2020 payment, and continuing thereafter on the first (1st) day of each month.

2   Payments are due on the first (1st) day of each month and are delinquent after the fifteenth (15th)

3   day of each month.  Said payments shall be made directly to SN Servicing Corporation, 323 Fifth

4   Street, Eureka, CA 95501.

5       Debtor shall cure the post-petition arrearages in the amount of $20,598.76 consisting of

6   post-petition arrearages for the month of April 1, 2020 through July 1, 2020 each at $4,658.10,

7   NSF fees of $75.00, late charges of $777.76, less partial balance of $117.40, plus attorneys fees

8   and costs of $1,231.00 owing on Movant's first Trust Deed by filing a modified Chapter 13 plan

9   providing for said post-petition arrearages to be cured through the Chapter 13 trustee over the

10  remaining plan term.

11      Debtor shall file a motion to modify the Chapter 13 plan and obtain an order modifying

12  the plan to incorporate curing of the post-petition arrearages to Movant as set forth herein by

13  August 30, 2020.

14      Movant is authorized to and shall file an amended proof of claim to provide for the

15  above-referenced post-petition arrearages to be cured by the Chapter 13 trustee through the

16  Debtor's modified plan.

17      In addition to maintaining their mortgage payments, the Debtor shall be required to

18  maintain all plan payments to the Chapter 13 Trustee.

19      Debtor must also maintain current insurance coverage on the Property and must remain

20  current on all post-petition taxes where applicable.

21      In the event Debtor fails to timely and properly comply with the obligations hereinabove

22  set forth, Movant shall serve written notice of default to Debtor, and any attorney for Debtor.  If

23  Debtor fails to cure the default, including any attorney's fees incurred as a result of the breach,

24  within ten (10) calendar days after mailing of such written notice, on the eleventh (11th) day,

STIPULATION FOR ADEQUATE PROTECTION

1   Movant may submit a Declaration of Non-Cure and Judgment and Order Terminating Automatic

2   Stay to the Court after seventy-two (72) hours advance telephonic notice to Debtor. This

3   seventy-two (72) hour period shall not be additional time to allow Debtor to cure the default, but

4   only serves as an opportunity to allow Debtor to provide evidence of timely payment within the

5   ten (10) calendar day period.  Upon entry of such a Judgment and Order Terminating Automatic

6   Stay, the Automatic Stay shall be immediately terminated and extinguished as to Movant, its

7   assignees and/or successors in interest, and Movant, its assignees and/or successors in interest,

8   may proceed with a foreclosure of and hold a Trustee's Sale of the subject Property pursuant to

9   applicable state law, and thereafter commence any action necessary to obtain complete

10  possession of the subject Property without further Court Order or proceeding being necessary.

11          Movant shall be entitled to charge a fee of $150.00 for any ten (10) day written notice

12  required because of default.

13          Notwithstanding anything contained in herein to the contrary, the Debtor shall be entitled

14  to a Maximum of Three (3) Notice of Default and Opportunity to cure. Once the Debtor has

15  defaulted three times on the obligations imposed by this order and has been served with three

16  Notice of Default, Movant is relieved of any obligation to serve additional notices of default or

17  to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will

18  be entitled, without first serving a notice of default or providing the Debtor with an opportunity

19  to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's

20  failures to perform under this Adequate Protection Agreement, together with a proposed order

21  terminating the stay, which the court may enter without further notice or hearing.

22          Movant may accept any and all payments made pursuant to this Order without prejudice

23  to or waiver of any rights or remedies to which Movant would otherwise have been entitled

24  under applicable nonbankruptcy law.

STIPULATION FOR ADEQUATE PROTECTION

3

1      This stipulation is binding only during the pendency of this bankruptcy case. If, at any

2   time, the stay is terminated with respect to the Property by court order or by operation of law,

3   this stipulation ceases to be binding and Movant may proceed to enforce its remedies under

4   applicable nonbankruptcy law against the Property and/or against the Debtor.

5      If Movant obtains relief from stay based on the Debtors' default under this stipulation,

6   the order granting relief will contain a waiver of the 14-day stay as provided in FRBP

7   4001(a)(3).

8      If relief from stay is granted by virtue of default, the requirements of Bankruptcy Rule

9   3002.1 shall be hereby waived.

10      In the event this case is converted to a Chapter 7 proceeding, the Automatic Stay shall be

11   terminated without further notice, order or proceedings of the court. If the Automatic Stay is

12   terminated as a matter of law, the terms of this Order shall immediately cease in effect and

13   Movant may proceed to enforce its remedies under non-bankruptcy law against the Property

14   and/or the Debtor.

15      **IT IS SO STIPULATED**:

16

Dated: August 31, 2020

17

18                                             __/s/ Ahren A. Tiller_____

19                                             Ahren A. Tiller, Esq.
                                               Attorney for Debtor

Dated: August 31, 2020

20                                             __/s/ L. Bryant Jaquez_____

21                                             L. Bryant Jaquez, Esq.
                                               Attorney for Movant

22

23

24

STIPULATION FOR ADEQUATE PROTECTION
4

# EXHIBIT "A"

# EXHIBIT "A"

10619

**PARCEL 1:**

LOT 61 OF CHULA VISTA TRACT NO. 84-9, OF EASTLAKE 1 UNIT 20, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11644, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 31, 1986.

EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREINABOVE DESCRIBED WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED FEET OF THE SUBSURFACE
OF THE PROPERTY AS RESERVED BY EASTLAKE DEVELOPMENT COMPANY, A CALIFORNIA GENERAL PARTNERSHIP IN DEED RECORDED JULY 5, 1988 AS FILE NO. 88-325192 OF OFFICIAL RECORDS.

**PARCEL 2:**

A NON-EXCLUSIVE EASEMENT ON AND OVER THE "COMMON AREA" AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS TO WHICH REFERENCE IS HEREAFTER MADE, FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS AND EGRESS OF THE AMENITIES LOCATED THEREON, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED JANUARY 14, 1986 AS DOCUMENT NO. 86-015345 IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY.

EXCEPTING THEREFROM ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING IN OR UNDER OR THAT MAY BE PRODUCED FROM SAID LAND BELOW A DEPTH OF 500' (MEASURED VERTICALLY) BELOW THE PRESENT SURFACE
OF SAID LAND, ALL SUBJECT HOWEVER TO THE CONDITION THAT, IN THE ENJOYMENT OF THE INTEREST HEREBY RESERVE, THE GRANTOR, HIS SUCCESSORS AND ASSIGNS, MAY NOT ENTER UPON THE SURFACE OF SAID LAND NOR UPON THE SUBSURFACE THEREOF ABOVE A DEPTH OF 500' (MEASURED VERTICALLY) BELOW THE PRESENT SURFACE OF SAID LAND.

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

L. Bryant Jaquez, Esq. (SBN 252125)
GHIDOTTI BERGER
1920 Old Tustin Avenue Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Charles R. Ashenoff<br><br>Debtor. | BANKRUPTCY NO.   19-04336-LA13 |
| US Bank Trust NA as Trustee of the Lodge<br>Series IV Trust<br><br>Plaintiff(s) | ADVERSARY NO. |
| v.<br>Charles R. Ashenoff<br><br>Defendant(s) | |

# PROOF OF SERVICE

I,  Ana Palacios                     am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   August 31, 2020          , I served the following documents:

Stipulation for Adequate Protection

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On   August 31, 2020          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐      Chapter 7 Trustee:

| ☑ For Chpt. 7, 11, & 12 cases:<br>UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | ☐ For ODD numbered Chapter 13 cases:<br>THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | ☑ For EVEN numbered Chapter 13 cases:<br>DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |
|---|---|---|

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2.   **Served by United States Mail**:

On  August 31, 2020  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Debtor:
Charles R. Ashenoff
1894 Cabernet Drive
Chula Vista, CA 91913

Debtors Counsel:
Ahren A. Tiller
Bankruptcy Law Center
1230 Columbia St., Ste 1100
San Diego, CA 92101

3.   **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   August 31, 2020             /s/ Ana Palacios
          (Date)                    (Typed Name and Signature)

                          1920 Old Tustin Ave.
                           (Address)

                          Santa Ana, CA 92705
                           (City, State, ZIP Code)

CSD 3010